UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

SOUTH FORK LIVESTOCK
PARTNERSHIP,

    Plaintiff,

v.

UNITED STATES OF AMERICA; *et al.*,

    Defendants.

3:15-CV-00066-LRH-VPC

ORDER

    Before the court is defendants the United States of America, Joseph McDade, Rich Adams, Dave Smith, Brad Sones, Jill Silvey, Amy Leuders, and Bryan L. Bowke's (collectively "Federal Defendants") initial motion to dismiss. Doc #24.[1]

    After the filing of the Federal Defendants' motion to dismiss, the plaintiff, South Fork Livestock Partnership ("SFLP"), filed an amended complaint. Doc. #32. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, the Federal Defendants' motion to dismiss the complaint is now moot. Therefore, the court shall deny the motion to dismiss without prejudice.

///

---

[1] Refers to the court's docket entry number.

1

1    IT IS THEREFORE ORDERED that the Federal Defendants' motion to dismiss
2  (Doc. #24) is DENIED without prejudice.
3    IT IS SO ORDERED.
4    DATED this 23rd day of February, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2